IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TYRONE GREEN, | * |
| Plaintiff, | * |
| v. | Case No. 5:24-CV-70 (MTT) |
| | * |
| Deputy Warden JEFFERSON, et al.,, | |
| | * |
| Defendants. | |
| _____ | * |

## J U D G M E N T

Pursuant to this Court's Order dated May 14, 2024, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 14th day of May, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk